# United States Court of Appeals
## For the First Circuit

No. 16-6001

UNITED STATES OF AMERICA,

Appellee,

v.

DZHOKHAR A. TSARNAEV,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on March 21, 2024 is amended as follows:

On page 7, line 13, "of" is replaced with "on"

On page 63, line 12, "148" is replaced with "14-15"

The opinion of Judge Howard, dissenting in part, is amended as follows:

On page 79, line 13, "1036" is replaced with "316-17"